**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

5634 EAST HILLSBOROUGH AVENUE, INC.,
d/b/a "TOOTSIES;" GEMINI PROPERTY
VENTURES, LLC, d/b/a "SHOWGIRLS;" and
SHOWGIRLS MENS CLUB, INC., d/b/a
"SHOWGIRLS,"

    Plaintiffs,

v.                                                                                                 CASE NO: 8:06-cv-1695-T-26EAJ

HILLSBOROUGH COUNTY, FLORIDA,

    Defendant.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Defendant's Motion to Strike Affidavits (Dkt. 48) is denied for failure of counsel to comply with the requirements of Local Rule 3.01(g). Furthermore, Defendant's motion is tantamount to an unauthorized reply. Finally, Counsel offers no reason why he delayed more than three weeks after Plaintiffs filed their response before filing the motion.

    **DONE AND ORDERED** at Tampa, Florida, on October 2, 2007.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record